LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 19-000KLM

| | |
|---|---|
| DANIEL WARD,<br>    Plaintiff<br>    v.<br><br>VAPOR TECH<br>HAWAII, INC.<br>    Defendant | STIPULATION FOR DISMISSAL<br>OF ALL CLAIMS AND PARTIES |

Plaintiff DANIEL WARD, through his undersigned counsel and defendant's authorized representative pursuant to F.R.Civ.P. 41(a)(1)(A)(i), hereby give notice of STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES herein.

DATED: Honolulu, Hawaii, March 22, 2019

_/s/ Lunsford Dole Phillips_
Lunsford Dole Phillips
Attorney for Plaintiff

_willis a symonds_
Willis Symonds
Authorized Representative
VAPOR TECH HAWAII, INC.

APPROVED AS TO FORM:

Honolulu, Hawaii; April 11, 2019.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Daniel Ward v. Vapor Tech Hawaii, Inc., Civ. 19-00049 SOM-KLM
Stipulation for Dismissal of All Claims and Parties